**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SUZANNE McGEE,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. CV 10-4938 NJV<br><br>**ORDER REQUIRING PLAINTIFF TO FILE SUPPLEMENTAL INFORMATION REGARDING THE MOTION TO PROCEED** *IN FORMA PAUPERIS*<br>(Docket No. 3) |

   Plaintiff has filed a motion for leave to proceed *in forma pauperis* ("IFP").  (Docket No. 3) In response to Question 2 of her IFP application, Plaintiff indicates that she receives or has received $132.00 from Federal or State welfare payments, Social Security or other government source. However, Plaintiff has failed to "describe the source of money" or to indicate the frequency with which she receives the amount indicated, and without that information the Court cannot determine whether Plaintiff may proceed IFP.  The Court orders Plaintiff to supplement the IFP application no later than Friday, December 10, 2010.

Dated:  November 29, 2010

NANDOR J. VADAS
United States Magistrate Judge