KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE McGEE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant | Civil No.:  10-04938-NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |

　　　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Suzanne McGee may have an extension until April 22, 2011, in which to file plaintiff's motion for summary judgment.

　　　　This is plaintiff's first request for an extension of time in this matter.

Dated:  March 25, 2011　　　　　　　　　　　　　　s/s Kenneth J. Collins
　　　　　　　　　　　　　　　　　　　　　　　　　KENNETH J. COLLINS
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: March 25, 2011                     Elizabeth Barry, authorized by email
                                          Special Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 28, 2011                     _____
                                          NANDOR J. VADAS
                                          United States Magistrate Judge