KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE McGEE,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant | Civil No.:  10-04938-NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Suzanne McGee may have an extension until May 20, 2011, in which to file plaintiff's motion for summary judgment.

    This is plaintiff's second request for an extension of time in this matter.

Dated:  April 20, 2011                          s/s Kenneth J. Collins            
                                                KENNETH J. COLLINS
                                                Attorney for Plaintiff

1  Dated: April 21, 2011                    Elizabeth Barry, authorized by email
2                                                          Special Assistant U.S. Attorney

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5  Dated: <u>  April 22, 2011       </u>        _____
6                                                          NANDOR J. VADAS
                                                           United States Magistrate Judge