KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE McGEE,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>  Defendant | Civil No.:  10-04938-NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S THIRD REQUEST FOR EXTENSION OF TIME |

  IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Suzanne McGee may have an extension until June 20, 2011, in which to file plaintiff's motion for summary judgment; the reason for this request is that the administrative transcript is incomplete.

  This is plaintiff's third request for an extension of time in this matter.

Dated:  May 18, 2011     s/s Kenneth J. Collins
                          KENNETH J. COLLINS
                          Attorney for Plaintiff

1
2  Dated: May 18, 2011                          Brenda Pullin, authorized by telephone, for
3                                               Elizabeth Barry
                                                Special Assistant U.S. Attorney
4
5  PURSUANT TO STIPULATION, IT IS SO ORDERED.
6
7  Dated:  May 19, 2011
                                                _____
8                                               NANDOR J. VADAS
                                                United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25