1 | KENNETH J. COLLINS CSB 100579
Attorney at Law
2 | P.O. Box 1193
Arcata, CA 95518
3 | (707)822-1611 fax 822-1044
aew1950@yahoo.com
4 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SUZANNE McGEE, | Civil No.: 10-04938-NJV |
| Plaintiff, | |
| vs. | **STIPULATION IN SUPPORT OF PLAINTIFF'S FOURTH REQUEST FOR EXTENSION OF TIME** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Suzanne McGee may have an extension until July 12, 2011, in which to file plaintiff's motion for summary judgment.

   Plaintiff has negotiated three prior extension, one due to an incomplete transcript and two due to additional time being needed to review and brief the 1042 page record.

1   On January 21, 2011, a fully favorable decision was issued in a subsequent application by the
2   Plaintiff.  On June 18, 2011, Plaintiff sent a proposal to Defendant suggesting either a stipulation to
3   the onset date or a remand to an Administrative Law Judge to determine the appropriate onset date.
4   Plaintiff requests this extension of time for Defendant to consider the proposal, and, if it is rejected,
5   for Plaintiff to file her Motion for Summary Judgment.

7   Dated:  June 20, 2011                                s/s Kenneth J. Collins
                                                        KENNETH J. COLLINS
8                                                        Attorney for Plaintiff

9   Dated: June 20, 2011                                 s/s Elizabeth Barry
                                                        Elizabeth Barry
10                                                       Special Assistant U.S. Attorney

12  PURSUANT TO STIPULATION, IT IS SO ORDERED.

14  Dated: June 21, 2011
                                                        NANDOR J. VADAS
15                                                       United States Magistrate Judge

Stipulation In Support Of Plaintiff's Fourth Request For Extension Of Time