KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE McGEE,<br><br>           Plaintiff,<br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>           Defendant | Civil No.: 10-04938-NJV<br><br>**STIPULATION IN SUPPORT OF PLAINTIFF'S FIFTH REQUEST FOR EXTENSION OF TIME** |

On May 18, 2011, Plaintiff sought and received an extension of time within which to file her Motion for Summary Judgment based upon her having received an incomplete administrative record.  The record provided to Plaintiff omitted at least 129 pages of exhibits.  Plaintiff's counsel was not part of the proceedings below and does not have his own copies of these exhibits.

Although Defendant eventually received a corrected transcript, a copy was not filed with the Court and forwarded to Plaintiff.

On July 11, 2011, Plaintiff inquired as to the corrected record and was informed that it had been received, but not filed and forwarded.  Therefore, Plaintiff still does not have a complete

1 transcript.

2     Plaintiff and Defendant therefore agree to an additional extension of time for Plaintiff to file
3 her Motion for Summary Judgment in order to allow Defendant time to file the corrected transcript
4 with the Court and forward a copy to Plaintiff.

5     The parties stipulate, subject to approval of the Court, to an extension until August 8, 2011
6 for Plaintiff to file her Motion for Summary Judgment.

7

8 Dated: July 12, 2011      s/s Kenneth J. Collins
    KENNETH J. COLLINS
    Attorney for Plaintiff

9

10 Dated: July 12, 2011      s/s Elizabeth Barry
    As authorized by email
    ELIZABETH BARRY
11     Special Assistant U.S. Attorney

12

13

14 PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16 Dated: July 13, 2011      _____
    NANDOR J. VADAS
17     United States Magistrate Judge

18

19

20

21

22

23

24